UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MOORE,<br><br>    Plaintiff,<br><br>    v.<br><br>HAGERTY INSURANCE AGENCY, LLC, et al.,<br><br>    Defendants. | Case No. 19-cv-05453-EMC<br><br>**ORDER TO SHOW CAUSE RE PLAINTIFF'S FAILURE TO PROSECUTE**<br><br>Docket No. 24, 25 |

On January 23, 2020, this Court ordered a briefing schedule for Defendants Hagerty Insurance Agency, LLC and Essentia Insurance Company (collectively, "Defendants") to file their motions for judgment on the pleadings. Docket No. 18. Defendants filed their motions on February 20, 2020. Docket Nos. 24, 25. Pursuant to Local Rule 7-3(a) and this Court's order, Plaintiff Timothy Moore's opposition was due on March 5, 2020. Mr. Moore made no such filing, as Defendants' reply briefs so indicate.

Accordingly, the Court orders Mr. Moore to show cause as to why this case should not be dismissed for failure to prosecute. In his response, Mr. Moore must explain why he failed to file an opposition. Moreover, his response to this order must include a response to the motions for judgment on the pleadings on the merits.

///

///

///

///

///

Failure to file a response to this order by Monday, March 23, 2020, will automatically result in a dismissal without prejudice based on a failure to prosecute. The hearing on Defendants' motions currently set for March 26, 2010 at 1:30 p.m. is **VACATED**.

**IT IS SO ORDERED**.

Dated: March 16, 2020

EDWARD M. CHEN
United States District Judge